Juan Carlos ROMERO, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76479.

Missouri Court of Appeals, Western District.

Nov. 19, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 2013.

Juan Carlos Romero, appellant pro-se.

Martha E. Ravenhill, for respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM:

Juan Carlos Romero appeals the judgment of the trial court dismissing his petition for declaratory judgment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).